# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Gamada A. Hussein, | Case No. 22-mc-70-KMM |
| Plaintiff, | |
| v. | **ORDER** |
| M Health Fairview, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiff Gamada A. Hussein's Application to Proceed In Forma Pauperis on Appeal. For the reasons stated in the Court's November 30, 2022 Order [ECF No. 4], the application to proceed IFP on appeal [ECF No. 7], is denied.

Date: December 5, 2022

*s/ Katherine Menendez*
Katherine Menendez
United States District Judge
